**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

SHERRI COHEN,

                        Plaintiff,

                - against -

DRUM ASSOCIATES, INC., et al.,

                        Defendants.

**ORDER**

**04 Civ. 8290 (DLC) (RLE)**

---------------------------------------------------------------X

**RONALD L. ELLIS, United States Magistrate Judge:**

*Pro se* plaintiff Sherri Cohen ("Cohen") filed this action against defendants on October 20, 2004, alleging violations of the Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634, and Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117. At a telephone conference on March 18, 2005, the Court ruled *inter alia* that defendants were entitled to all medical/physical records of plaintiff dating back to November 1, 1997, as well as to all records, without regard to time, concerning a particular condition that plaintiff had been diagnosed with in 1989. The Court directed plaintiff to execute authorizations for such records, which defendants had previously forwarded to plaintiff, by April 1, 2005. Plaintiff argued that the authorizations contain "aka" references to alternative Social Security numbers. Defendants stated that some information they had previously obtained about plaintiff referenced these alternative Social Security numbers,[1] and therefore, they included the numbers on the authorizations to ensure that they obtain the appropriate medical records concerning plaintiff. The Court ruled that the type of authorizations provided by defendants was appropriate

---

[1] These alternate numbers differed only in the fouerth digit, which appears to be the result of a data entry error.

under the circumstances and directed Cohen to execute each one.

Despite the Court's oral ruling on the matter, Cohen continues to object to signing the releases because they contain the alterative Social Security numbers. Therefore,

**IT IS HEREBY ORDERED THAT** Cohen execute the medical authorizations as previously directed and return them to defendants **by May 2, 2005.**

**SO ORDERED this 21st day of April 2005
New York, New York**

*[signature]*

**The Honorable Ronald L. Ellis
United States Magistrate Judge**